**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUIS SÁNCHEZ-CRUZ, | |
| Plaintiff, | CIVIL NO. 25-1463 (GLS) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER**

Plaintiff Luis Sánchez-Cruz filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1.

On October 28, 2025, the Commissioner filed the transcript of the administrative record. Docket No. 8.  On January 27, 2026, the Commissioner filed a supplemental transcript of the administrative record. Docket No. 13. Plaintiff filed his Memorandum of Law on February 3, 2026. Docket No. 16. On April 1, 2026, the Commissioner requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 20.

The Commissioner's motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of April 2026.

> s/Giselle López-Soler
> GISELLE LÓPEZ-SOLER
> United States Magistrate Judge

1